UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.*, | : | |
|    Kimberly Westerkamp, et al., | : | Case No. 1:22-cv-240 |
| | : | |
|        Plaintiffs, | : | District Judge Jeffery P. Hopkins |
| | : | |
| v. | : | |
| | : | |
| United Energy Workers Healthcare | : | **FILED UNDER SEAL** |
|    Corporation, | : | |
| | : | |
|        Defendant. | : | |

## **ORDER**

The Court, having considered the United States' Notice of Election to Decline Intervention and Motion for Order Lifting Seal,

IT IS HEREBY ORDERED as follows:

1) The seal is lifted as to the filing of this case, the Complaint filed herein, and the Notice of Election to Decline Intervention filed by the United States. The seal is also lifted to all pleadings filed and orders entered subsequent to the Notice of Election to Decline Intervention. All other pleadings filed in this case shall remain under seal;

2) The United States and Relators shall file a stipulation of dismissal of this case after receipt of all payments from Defendant required pursuant to the terms of the Settlement Agreement entered by the parties;

4) This case and all unsealed pleadings and orders shall be made available on the Court's CM/ECF system.

IT IS SO ORDERED.

Dated: February 6, 2023

UNITED STATES DISTRICT JUDGE